**FILED**
Nov 07 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ rhear    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '19 CR4445 H |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Secs. 922(g)(1) - Felon in Possession of a Firearm; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine and Fentanyl with Intent to Distribute; Title 18, U.S.C., Sec. 924(d), Title 28, U.S.C., Sec. 2461(c) and Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| NATIVIDAD CHRISTIAN ORTIZ, | |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about August 25, 2019, within the Southern District of California, defendant NATIVIDAD CHRISTIAN ORTIZ, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year; did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Savage Arms, model 107B, 16 gauge shotgun bearing no serial number.

MJS:San Diego:10/14/19

Count 2

On or about August 25, 2019, within the Southern District of California, defendant NATIVIDAD CHRISTIAN ORTIZ, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of a methamphetamine, a Schedule II Controlled Substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1-2 are realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Information, said violation being punishable by imprisonment for more than one year and pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), defendant NATIVIDAD CHRISTIAN ORTIZ, shall forfeit to the United States, all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Savage Arms, model 107B, 16 gauge shotgun bearing no serial number; and ten rounds of shotgun ammunition.

3. As a result of the commission of the felony offense alleged in Count 2 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant NATIVIDAD

CHRISTIAN ORTIZ, shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 2 of this Information.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

DATED: November 7, 2019.

ROBERT S. BREWER, JR.
United States Attorney

By: *[signature]*
MATTHEW J. SUTTON
OWEN ROTH
Assistant U.S. Attorneys